IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AKEEM ABDULLAH RASHEED**                                                      **PLAINTIFF**

**v.**                        **CAUSE NO. 1:20CV71-LG-RPM**

**PELICIA HALL, et al.**                                                 **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

**BEFORE THE COURT** is the [52] Report and Recommendation entered by United States Magistrate Judge Robert P. Myers entered on December 15, 2021. Magistrate Judge Myers reviewed the Defendants' [48] Motion for Summary Judgment and determined that it should be granted based on Plaintiff's failure to exhaust administrative remedies, except for those claims against Defendants Pelicia Hall and Andrew Mills. The Plaintiff did not file a response to the Defendants' Motion for Summary Judgment, nor has he filed an objection to the Report and Recommendation.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). After a review of this matter, the Court finds that Judge Myers' Report and Recommendation is neither clearly erroneous nor contrary to

law.  The Defendants' Motion for Summary Judgment is granted, and the Plaintiff's claims be dismissed without prejudice based on his failure to exhaust administrative remedies, except for claims against Defendants Pelicia Hall and Andrew Mills.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [52] Report and Recommendation entered by United States Magistrate Judge Robert P. Myers entered on December 15, 2021, is hereby **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [48] Motion for Summary Judgment filed by the Defendants is **GRANTED**.  Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 11th day of January, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE